UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**
**FILED**

FEB 27 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )
                                    )
v.                                  )     **4:20CR144 SEP/DDN**
                                    )
ROBYN HARRISON,                     )
                                    )
              Defendant.            )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

Beginning on or about May 4, 2019 and continuing up to and including May 6, 2019, in the

City of St. Louis, within the Eastern District of Missouri,

**ROBYN HARRISON,**

the Defendant herein, knowing that an offense against the United States had been committed, to-

wit: carjacking resulting in death, in violation of Title 18, United States Code, Section 2119 and

2, did receive, relieve, comfort, and assist Anthony Jones in order to hinder or prevent his

apprehension, trial, and punishment, in violation of Title 18, United States Code, Section 3, and

punishable under Title 18, United States Code, Section 3.

                                        A TRUE BILL


                                        _____
                                        FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JENNIFER SZCZUCINSKI, #56906MO
Special Assistant United States Attorney